UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

SHAWNA DEKELAITA,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

Case # 2:23-cv-04592-AJR

~~PROPOSED~~ ORDER

## ~~PROPOSED~~ ORDER

AND NOW, this <u>15th</u> day of <u>November</u>, 2023, having considered the parties' Stipulation for EAJA fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $7,500.00 and costs in the amount of $402.00, subject to the terms of the Stipulation.

DATE: 11/15/2023

BY THE COURT:

_Joel Richlin_
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE